UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**ROCCO MARINI**,
**JOSEPHINE MARINI**, and
**T&R KNITTING MILL, INC.**,          08-cv-03995 (JFB) (ETB)

                              Plaintiffs,

                    - against -

**HAROLD ADAMO, JR.**,               <u>**PLAINTIFFS' AMENDED RICO**</u>
**LISA ADAMO**,                      <u>**STATEMENT ACCOMPANYING**</u>
**THE BOLTON GROUP, INC.**,          <u>**SECOND AMENDED COMPLAINT**</u>
**H. EDWARD RARE COINS**
     **& COLLECTIBLES, INC.**,

                              Defendants.

Plaintiffs, through their attorneys, submit this amended RICO statement pursuant to the Court

order of June 17, 2010.

1.      The alleged unlawful conduct is in violation of 18 U.S.C. § 1962(c).

2.      The RICO defendant is Harold Adamo.  The basis for Adamo's liability is using and

conducting an enterprise through a continuous pattern of racketeering activity, causing Plaintiffs a

financial loss of approximately $15 million, based on Joseph Parrella's pre-filing valuation of

Plaintiffs' coins.  The exact financial loss can be calculated by subtracting the relevant values stated

in the Parrella and Weinberg expert reports, provided to Defendants in expert discovery, from the

prices Marini paid for the coins, as stated in Exhibit A to the Second Amended Complaint.

Adamo, using the corporations H. Edward Rare Coins & Collectibles, Inc. ("H. Edward")

and The Bolton Group, Inc. ("Bolton"), both of which he and his wife own, and over both of which

he exercises sole control, perpetrated related acts of wire fraud by using interstate wires for the

following: (1) telephoning and e-mailing Marini to induce him to purchase, only from Adamo, and

retain certain rare coins based on Adamo's intentional misrepresentations about the coins' present

and potential future values; (2) e-mailing Marini statements with intentional misrepresentations

about the alleged increases in Plaintiffs' coins' values since their purchase, aimed to induce Plaintiffs to refrain from selling the coins and to buy more coins from Adamo; (3) e-mailing Marini to solicit wire transfers into the corporate and personal accounts as payments for coins Plaintiffs purchased from Adamo based on Adamo's intentional misrepresentations about the coins' present and potential future values; (4) cashing or depositing Plaintiffs' checks and accepting wire transfers as payments for coins Plaintiffs purchased from Adamo based on Adamo's intentional misrepresentations about the coins' present and potential future values; (5) telephoning out-of-state coin dealers to obtain coins for the purpose of inducing Plaintiffs to purchase them based on Adamo's intentional misrepresentations about the coins' present and potential future values; and (6) telephoning Delaware dealer Robert Higgins to sell Plaintiffs' coin that Adamo falsely told Marini was being sent to a grading service for an upgrade.

Adamo similarly perpetrated related acts of mail fraud by (1) obtaining coins by mail or FedEx for the purpose of inducing Plaintiffs to buy the coins based on Adamo's intentional misrepresentations regarding the coins' present and potential future values, and (2) mailing Robert Higgins one of Plaintiffs' coins, which Adamo falsely represented to Marini was being sent to a grading service for an upgrade.

Adamo's scheme of fraud, furthered through mail and interstate wires, lasted from September 2002 to September 2008, and all had the common purpose and effect of unlawfully procuring Plaintiffs' money into Defendants' possession by inducing Plaintiffs (1) to buy rare coins, only through Adamo, based on Adamo's intentional misrepresentations about the coins' present and potential future values, (2) to retain those coins over time, and (3) to continue investing in rare coins, only with Adamo, over an extended period of time.

3.     The other wrongdoers are Defendants The Bolton Group ("Bolton"), H. Edward Rare Coins ("H. Edward"), and Lisa Adamo.  Bolton and H. Edward solicited (through Adamo's direction) and

accepted checks and wire payments that Adamo obtained from Plaintiffs as payments for coins purchased based on Adamo's intentional misrepresentations regarding the coins' present and potential future values; Defendant Lisa Adamo similarly accepted funds from Plaintiffs as payments for coins purchased based on Adamo's intentional misrepresentations regarding the coins' present and potential future value.   H. Edward was used by Adamo (1) to meet with Marini on its premises, (2) to telephone and e-mail Marini to pitch him coins, (3) to procure rare coins from other dealers so that Adamo could induce Plaintiffs to purchase those coins based on Adamo's intentional misrepresentations about the coins' present and potential future values, (4) to solicit Marini via H. Edward's email to purchase or retain rare coins, to give Marini misrepresentations about coin values, and to request payments for rare coins purchased based on Adamo's intentional misrepresentations regarding the coins' present and potential future value, and (5) to market the rare coins, including on H. Edward's website.  Bolton was used by Adamo to procure and pay for rare coins and to accept Plaintiffs' payments for rare coin purchases made based on Adamo's intentional misrepresentations regarding the coins' present and future potential values.

4.     Plaintiff victims are Rocco Marini, Josephine Marini, and T&R Knitting, Inc. ("T&R"). Rocco Marini was injured by purchasing dozens of rare coins, based on Adamo's intentional misrepresentations about the coins' present and future potential values, resulting in millions of dollars in losses.  The Second Amended Complaint alleges a loss of approximately $15 million (see paragraph 2).   Josephine Marini and T&R were injured by providing funds for Rocco Marini's purchases of rare coins based on Adamo's intentional misrepresentations regarding the coins' present and future potential values.  The schedule of Plaintiffs' payments for coins is attached to and incorporated into Plaintiffs' Amended RICO Statement as Exhibit A.

Other victims of Defendants' coin fraud, including fraud by use of mail and interstate wires, include the following:

a.      Frank Brancato:  Adamo sold Brancato three coins, one of which was a mishandled, mislabeled coin, which Adamo falsely represented to Brancato was a genuine NGC graded $4 Stella in grade MS64. Adamo sold the coin to Brancato for a price that a non-mishandled and properly labeled coin would command.  In reality, (1) Stella coins are graded only in proof (PR), not Mint State (MS), so it is impossible to have a genuine Stella graded MS64; (2) the serial number stated on the coin sold to Brancato belongs to a non-Stella; and (3) the coin label was altered to remove any references to a non-Stella coin.  Adamo emailed Brancato misrepresentations about the coins' price gains and misrepresentations about the true reason he would not repurchase Brancato's coins within 24-48 hours as Adamo had promised Brancato.

b.      The purchaser of the 1937-D 3-Legs Buffalo Nickel MS-66 coin, whom Adamo called "sucker":  Adamo marketed and sold this Buffalo Nickel, in an interstate phone call, to this individual, based on an intentional misrepresentation about this coin's value; Adamo then mailed the coin to this individual through U.S. Mail channels.  In a recorded conversation with Marini in 2008, Adamo called this individual a "sucker."

c.      Travis Bain:  Adamo sold Bain coins whose grades (quality) he misrepresented to be materially higher than they were.  Adamo made these misrepresentations during interstate phone calls to Bain in Texas, falsely representing the coins to be worth the prices commanded by the higher grades Adamo represented the coins to be.  Adamo mailed the coins to Bain through U.S. Mail channels.

d.      David Albanese:  Adamo induced Albanese to mail him a coin by promising to pay for it.  When Adamo had not paid for the coin, Albanese contacted Adamo for payment on multiple occasions.  Adamo assured Albanese several times that Adamo would send Albanese a payment.  Eventually, Adamo stopped taking Albanese's calls and returning his messages.  In the end, Adamo did not pay for the coin until Albanese involved the police.

e.     There may be additional victims, because Adamo has concealed the names of local non-dealer customers despite the Court's orders to disclose them.

5.     The pattern of racketeering activity is as follows:

a. Harold Adamo has perpetrated dozens of separate acts of mail and wire fraud in violation of 18 U.S.C. §§ 1341 and 1343.  All instances of mail and wire fraud were perpetrated (1) by the same actors (Adamo as well as H. Edward and Bolton, both of which acted through Adamo), (2) against the same victims (Rocco Marini, Josephine Marini, and T&R), (3) as part of the common scheme to procure money into Defendants' possession by inducing the victims to buy rare coins based on Adamo's intentional misrepresentation regarding the coins' present and future potential values, inducing Plaintiffs to retain and to continue investing in rare coins, only with Adamo, over six years.

b. The instances of predicate wire fraud occurred as follows:

i.     Adamo sent Marini e-mails listing fraudulent prices for coins on the following dates: (1) September 23, 2008, (2) May 19, 2008, (3) May 6, 2008, (4) September 28, 2006, (5) February 7, 2006, and (6) December 5, 2005.  All emails to or from Marini traveled through out-of-state computer servers from the email provider: all emails Adamo sent or received went though AOL servers in Virginia; all emails Marini sent or received went through Web.com servers in Georgia.

ii.     In about May of 2008, Adamo e-mailed Marini proposing that Marini trade the 1796 2.5 dollar AU 58, no stars, coin ("**_the 1796 AU 58 dollar_**") for the following coins:  (1) two 1937-D 3 legs MS 63, valued at $100,000 ("the MS 63 coins"), (2) 1937-D 3 legs MS 62, valued at $60,000 ("the MS 62 coins"), (3) 1937-D 3 legs MS 61, valued at $40,000 ("the MS 61 coin"), (4) 1918/7-D EF35, valued at $110,000 ("the EF35 coin"), and (5) a 1999 mint error 1c MS66RD.

iii.     The true value of the coins listed in paragraph above was as follows: (1) an identical MS 63 coin was auctioned off in March of 2008 for $5,175, (2) an identical MS 62 coin was auctioned off in March of 2008 for $3,680, (3) an identical MS 61 coin was auctioned off in December of 2007 for $2,875, (4) an identical EF 35 coin was auctioned off in June of 2008 for $7,762.50, and (5) Fred Weinberg's 2008 valuation for the 1999 mint error was $1,000.

iv.     Adamo solicited via email wire transfers from Marini as payments for coins Plaintiffs bought from Adamo based on Adamo's intentional misrepresentations regarding the coins' present and future potential values on the following dates: (1) April 24, 2007, (2) January 23, 2007, (3) September 28, 2006, (4) May 24, 2006, (5) January 4, 2006, (6) March 12, 2005, (7) March 10, 2005, (8) October 8, 2004, (9) October 5, 2004, and (10) December 1, 2003.  All payments from Marini to Adamo by check or wire transfer required wire communication from the New York bank branch to an out-of-state central bank computer server to be processed, including but not limited to the Bank of New York server that was in New Jersey from 2002 to 2005, then Tennessee from 2005 to 2008.

v.  Marini wired funds, as payments for coins Plaintiffs bought from Adamo based on Adamo's misrepresentations regarding the coins' values, to Harold Adamo, Lisa Adamo and Bolton, as directed by Harold Adamo, on the following dates and for the following amounts: (1) February, 24, 2003 – $350,000 – Harold Adamo, (2) February 26, 2003 – $150,000 – Harold Adamo, (3) March 3, 2003 – $190,000 – Harold Adamo, (4) March 7, 2003 – $200,000 – Harold Adamo, (5) May 16, 2003 – $500,000 – Harold Adamo, (6) July 22, 2003 – $450,000 – Harold Adamo, (7) August 22, 2003 – $800,000 – Harold Adamo, (8) December 2, 2003 – $500,000 – Harold Adamo, (9) January 26, 2004 – $110,000 – Harold Adamo, Lisa Adamo, (10) February 13, 2004 – $250,000 – Harold Adamo, (11) February 27, 2004 – $290,000 – Bolton, (12) March 12, 2004 – $65,000 – Bolton, (13) April 6, 2004 – $200,000, (14) September 10, 2004 – $200,000 – Harold Adamo, (15) October 14, 2004 – $200,000 – Harold Adamo, (16) November 19, 2004 – $200,000 – Harold Adamo, (17) November 20, 2006 – $145,000 – Bolton, (18) February 1, 2007 – $550,000 – Bolton, (19) April 25, 2007 -- $300,000 – Harold Adamo.  *See also* Amended Complaint ¶¶ 146-179 for further details and exhibits containing the faxes and e-mails.

vi.  Adamo repeatedly assured Marini, including in multiple interstate phone calls, each year from 2003 to 2006, in some of which Adamo informed Marini of new coin deals Adamo was proposing for Marini, that Marini would be "a happy man" when he liquidated his coin portfolio, because of the low prices Marini paid for the coins.

vii.  Adamo telephoned coin dealers outside of New York State to obtain coins for the purpose of inducing Plaintiffs to purchase those coins based on Adamo's intentional misrepresentations regarding the coins' present and future potential values.  In or about May of 2008, Adamo also telephoned Robert Higgins, a Delaware dealer, to sell him one of Marini's coins, while falsely telling Marini that Adamo sent the coin to a grading service for upgrading, not to another dealer (such as Higgins) who would keep it or sell it himself.

c.  The instances of predicate mail fraud occurred as follows:

i.  Adamo obtained coins through U.S. Mail or FedEx for the purpose of inducing Plaintiffs to purchase those coins based on Adamo's intentional misrepresentations regarding the coins' present and future potential values.  For the particulars of dates, senders, recipients, and descriptions of coins purchased, see Second Amended Complaint, Exhibit Z, incorporated by reference herein.

ii.  In or about May of 2008, Adamo mailed Robert Higgins, a Delaware dealer, one of Marini's coins.  Adamo falsely told Marini that Adamo sent the coin to a grading service for upgrading, not to another dealer (such as Higgins) who would keep it or sell it himself.

d.  The particularity of the wire and mail fraud is described in the paragraphs above.  For the contents of the e-mails and fraudulent statements referenced in the above paragraph, see Second Amended Complaint ¶¶ 147-95 and the exhibits attached to the Second Amended Complaint described in those paragraphs, incorporated by reference herein.

e.  There has been no criminal conviction for any instances of the wire fraud detailed above.

f.  There has been no civil judgment with respect to any instances of the wire fraud detailed above.

g.  The predicate acts form a pattern of racketeering activity as follows.  Defendants have perpetrated dozens of related acts of mail and wire fraud against the same victims.  All instances of wire fraud had the same purpose:  Fraudulently procuring Plaintiffs' money into Defendants' possession by (1) inducing Plaintiffs to purchase coins based on Adamo's intentional misrepresentations regarding the coins' present and future potential values, (2) persuading Plaintiffs to refrain from selling the coins back to Adamo or to anyone else based on Adamo's intentional misrepresentations regarding the value increases that the coins experienced, and (3) inducing Plaintiffs to continue investing in coins, with only Adamo, over six years, based on Adamo's intentional misrepresentations regarding coin values and the potential for coin value increases.  Adamo's scheme of fraudulently procuring Plaintiffs' money into Defendants' possession by selling Plaintiffs rare coins at intentionally misrepresented prices was continuous over six years, from September 2002 to September 2008, and, had Marini not sued Adamo in September of 2008, Adamo would have continued his scheme of procuring Plaintiffs' money into Defendants' possession by inducing Plaintiffs to invest in coins based on Adamo's intentional misrepresentations regarding coin values and potential for value increases.

h.  The predicate acts of wire fraud are related to each other as part of a common plan – fraudulently procuring as much of Plaintiffs' and other victims' money as possible into Defendants' possession by selling Plaintiffs and other victims rare coins at intentionally misrepresented prices, by persuading victims to refrain from selling those rare coins, and by inducing victims to continue investing in coins, with only Adamo, over an extended period.  Harold Adamo used phone and e-mail wire communications to induce Marini to purchase and retain rare coins and to deposit Marini's check and wire payments into Adamo's, H. Edward's, or Bolton's bank accounts as payments for rare coins, purchased based on Adamo's intentional misrepresentations regarding the coins' present and future potential values.  Adamo also e-mailed Marini statements reflecting fictitious appreciation in Plaintiffs' coin collection.

6.  There are two enterprises at issue.  The first enterprise consists of Harold Adamo, an individual, and H. Edward, a corporation Adamo partially owns (the "Adamo-H. Edward enterprise").  The second enterprise is Harold Adamo, an individual, and Bolton, a corporation he partially owns (the "Adamo-Bolton enterprise").

a.  The Adamo-H. Edward enterprise is structured as follows: Adamo partially owns H. Edward, and Adamo uses H. Edward's instrumentalities (premises, computer, phone, and fax – see paragraph 3 above) to procure money into Defendants' possession by selling Plaintiffs coins and receiving Plaintiffs' payments, based on Adamo's intentional misrepresentations about the coins' present and future potential values.  Adamo also used

7

H. Edward to obtain rare coins that Plaintiffs purchased based on Adamo's intentional misrepresentations regarding the coins' present and future potential values.

b. The Adamo-Bolton enterprise is structured as follows: Adamo partially owns Bolton, and he uses Bolton to obtain rare coins that Plaintiffs purchased based on Adamo's intentional misrepresentations regarding the coins' present and future potential values, and receive monies as payment for those coins.

c. Defendant Harry Adamo partially owns and is an officer of both H. Edward and Bolton.

d. Defendant Harold Adamo is associated with both enterprises by being an officer and a partial owner of both companies.

e. Defendant Harold Adamo is separate from the entities he wholly or partially controls, H. Edward and Bolton.  Together, Adamo and H. Edward constitute one enterprise, and Adamo and Bolton constitute another enterprise.

f. Defendant Harold Adamo is a member of two enterprises as described above.  Adamo is the perpetrator in both enterprises; he uses the instrumentalities of both enterprises (as described above in paragraphs 3) to defraud his clients.  Defendants H. Edward and Bolton are members of the enterprises described above in paragraph 3 and passive instruments of the racketeering activity.

g. Adamo, Lisa Adamo, H. Edward, and Bolton also constitute an association-in-fact enterprise.  Adamo, as President or CEO of H. Edward and Bolton, controls both corporations' finances, inventory, and business decisions.  Adamo also controls H. Edward's premises, website and equipment, such as office space, telephones, computers, etc.  Lisa Adamo is involved in the enterprise as (1) an officer of both corporations, (2) Adamo's companion on vacations, where Adamo pitched coin investments to his victims, and (3) a recipient of money Plaintiffs paid for the coins purchased based on Adamo's intentional misrepresentations about the coins' present and future potential values.

7.    The pattern of racketeering activity and the enterprises are not merged.  The pattern of racketeering activity consists of dozens of related predicate wire fraud acts as detailed in paragraph 5 above and paragraphs 147-95 of the Second Amended Complaint.  The enterprise is described in detail in paragraphs 3 and 6 above.

8.    Defendant Harold Adamo uses the instrumentalities of both enterprises to commit fraud upon his clients as described above.  The racketeering activity differs from Adamo's usual daily activities in that Adamo does not overcharge all of his clients for coins – just the clients who can afford expensive coins and are unwary about the coin industry.  So far, the known rare coin fraud victims are Plaintiffs, Frank Brancato, the customer to whom Adamo sold the 1937-D 3-Legs Buffalo Nickel

MS-66 coin and whom Adamo called "sucker," Travis Bain, and David Albanese.

9.      The benefits of the fraud were realized by Lisa Adamo and Harold Adamo – both of the officers and partial owners of H. Edward and Bolton.  The benefits consisted of ill-gotten profits from sales of rare coins to Plaintiffs based on Adamo's intentional misrepresentations regarding the coins' present and future potential values.

10.     The activities of both enterprises directly impact interstate commerce.  First, Harold Adamo has clients and vendors outside of New York State.  Second, rare coins are sold at various auction houses available online to the entire country, including but not limited to Heritage Auction Galleries in Dallas, Texas.  Third, certain rare coins were manufactured in Pennsylvania, New Jersey, and Colorado.  Fourth, the market for rare coins is interstate, so the sale of rare coins increases the quantity available in interstate markets, while the retention of rare coins decreases the quantity available in interstate markets.  Fifth, the proceeds from the rare coins are deposited in the banks that engage in interstate commerce.

11.     Not applicable.

12.     Not applicable.

13.     Harold Adamo is employed by and associated with the enterprise.  Harold Adamo is liable as a "person" under section 1962(c).

14.     Not applicable.

15.     The injury is to Plaintiffs' property.  As a result of the fraud committed by Adamo, Plaintiffs have lost approximately $15 million.

16.     Plaintiffs lost approximately $15 million due to Defendant Adamo's fraud.  Had Adamo not induced Plaintiffs to purchase rare coins based on Adamo's intentional misrepresentations regarding the coins' present and future potential values, Plaintiffs would have retained their funds.

17.     As a result of his RICO violations, Defendant Harold Adamo's liability was calculated (pre-

discovery) to be approximately $22,519,000, plus treble damages, attorneys' fees, and other relief the Court deems just.  The liability calculations are laid out in PL000836-1.

18.     In addition to RICO, Plaintiffs have asserted a Securities Fraud claim pursuant to 15 U.S.C. § 78j(b).

19.     The state claims asserted are unjust enrichment, common law fraud, and money had and received.

20.     For more information on Plaintiffs' claims, see Plaintiffs' Second Amended Complaint, filed June 7, 2010, and the decision of the Honorable Joseph F. Bianco denying Defendants' motion to dismiss on all counts, read into the transcribed record at the Court conference of February 13, 2009.

EXHIBIT A

| Coins Listed on Coin Statement #1 (PL000508) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Coin Information | | | | | Payment Information | | | | |
| Bates# on Statement | Line# on Statemt | Minting Date of Coin | Grade of Coin | Price Paid for Coin | Bates # Listing the Payment | Amount of the Payment from Which the Coin was Bought | Form of Payment | Whether Coin's Purchase Left Open or Closed the Balance from the Payment | Comments |
| PL000508 | 1 | 1943 | 53 | $24,000 | PL000816 | $1,340,000 | Cash | Open | |
| PL000508 | 2 | 1937 | 66 | $45,000 | PL000816 | $1,340,000 | Cash | Open | |
| PL000508 | 3 | 1918 | 50 | $110,000 | PL000816 | $1,340,000 | Cash | Open | |
| PL000508 | 4 | 1776 | 10 | $5,000 | PL000917 | $100,000 | Check | Open | |
| PL000508 | 5 | 1836 | 62 | $35,000 | PL000816 | $1,340,000 | Cash | Open | |
| PL000508 | 6 | 1879 | 62 | $240,000 | PL000816 | $1,340,000 | Cash | Open | |
| PL000508 | 7 | 1880-s | 62 | $120,000 | PL000816 | $1,340,000 | Cash | Open | |
| PL000508 | 8 | 1834 | 63 | $375,000 | PL000816 | $1,340,000 ($300K of the $1.34m) | Cash | Open | |
| | | | | | PL000906 | $75,000 | Check | Closed (Entire Payment Was Used for This Coin) | |
| PL000508 | 9 | 1879 | 63 | $95,000 | PL000917 | $95,000 | Check | Closed | |
| PL000508 | 10 | 1879 | 64 | $100,000 | PL000918 | $100,000 | Check | Closed (Entire Payment Was Used for This Coin) | |
| PL000508 | 11 | 1879 | 65 | $155,000 | PL000816 | $1,340,000 | Cash | Open | |
| PL000508 | 12 | 1879 | 65 | $165,000 | PL000816 | $1,340,000 | Cash | Open | |
| PL000508 | 13 | 1915 | 65 | $135,000 | PL000816 | $1,340,000 | Cash | Open | |
| Total Paid, Statement #1: | | | | $1,604,000 | | | | | |
| Balance Forwarded to Next Statement: $11,000 of the $1.34m cash payment on PL000816 | | | | | | | | | |

<u>**Marini v. Adamo: List of Plaintiffs' Payments, By Coin**</u>   (Pg. 2/13)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Coins Listed on Coin Statement #2 (PL000509)** | | | | | | | | | |
| **Coin Information** | | | | | **Payment Information** | | | | |
| **Bates# on Statement** | **Line# on Statemt** | **Minting Date of Coin** | **Grade of Coin** | **Price Paid for Coin** | **Bates # Listing the Payment** | **Amount of the Payment from Which the Coin was Bought** | **Form of Payment** | **Whether Coin's Purchase Left Open or Closed the Balance from the Payment** | **Comments** |
| PL000509 | 2 | 1916 | 58 | $230,000 | PL000816 | $500,000 in Nov. | Cash | Open | |
| PL000509 | 4 | 1965-s | 64 | $250,000 | PL000816 | $275,000 in Nov. | Cash | Open | |
| PL000509 | 10 | 1796 | 58 | $270,000 | PL000816 | $500,000 in Nov. | Cash | Closed ($500K Nov. payment) | |
| PL000509 | 16 | 1881 | 65 | $330,000 | PL000909 | $50,000 | Check | Closed (Entire Payment Was Used for This Coin) | |
| | | | | | PL000816 | $275,000 in Nov. ($25K of the $275K) | Cash | Closed ($275K Nov. payment) | |
| | | | | | PL000911 | $24,400 | Check | Closed (Entire Payment Was Used for This Coin) | |
| | | | | | PL000915 | $23,750 | Check | Closed (Entire Payment Was Used for This Coin) | |
| | | | | | PL000916 | $18,500 | Check | Closed (Entire Payment Was Used for This Coin) | |
| | | | | | PL000908 | $8,950 | Check | Closed (Entire Payment Was Used for This Coin) | |
| | | | | | PL000907 | $9,800 | Check | Closed (Entire Payment Was Used for This Coin) | |
| | | | | | PL000905 | $14,600 | Check | Closed (Entire Payment Was Used for This Coin) | |
| | | | | | PL000937 | $149,000 | Check | Closed (Entire Payment Was Used for This Coin) | |
| | | | | | PL000816 | $1,340,000 ($6K out of the $1.34m) | Cash | Open | |
| PL000509 | 19 | 1857 | 53 | $5,000 | PL000816 | $1,340,000 ($5K out of the $1.34m) | Cash | Closed ($1.34m payment) | |
| **Total Paid, Statement #2:** | | | | **$1,085,000** | | | | | |
| **Balance Forwarded to Next Statement: None** | | | | | | | | | |

| Coins Listed on Coin Statement #3 (PL000510) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Coin Information** | | | | | **Payment Information** | | | | |
| **Bates# on Statement** | **Line# on Statemt** | **Minting Date of Coin** | **Grade of Coin** | **Price Paid for Coin** | **Bates # Listing the Payment** | **Amount of the Payment from Which the Coin was Bought** | **Form of Payment** | **Whether Coin's Purchase Left Open or Closed the Balance from the Payment** | **Comments** |
| PL000510 | 11 | 1880-s | 69 | $250,000 | PL000816 | $500,000 (the payment in December) | Cash | Open | |
| PL000510 | 17 | 1854 | 68 | $650,000 | PL000816 | $500,000 ($250K from the $500K payment in December) | Cash | Closed | |
| | | | | | PL000910 | $66,580 ($66K out of the $66,580) | Check | Open | |
| | | | | | PL000912 | $45,420 ($45K out of the $45,420) | Check | Open | |
| | | | | | PL000913 | $96,000 | Check | Closed (Entire Payment Was Used for This Coin) | |
| | | | | | PL000914 | $77,000 | Check | Closed (Entire Payment Was Used for This Coin) | |
| | | | | | PL000936 | $116,000 | Check | Closed (Entire Payment Was Used for This Coin) | |
| PL000510 | 15 | 1964 | 65 | $50,000 | PL000910 | $66,580 ($580 out of the $66,580) | Check | Closed | |
| | | | | | PL000912 | $45,420 ($420 out of the $45,420) | Check | Closed | |
| | | | | | PL000939 | $24,000 | Check | Closed (Entire Payment Was Used for This Coin) | |
| | | | | | PL000941 | $94,866 ($25K out of the $94,866) | Check | Open | |
| PL000510 | 24 | 1879 | 64 | $135,000 | PL000941 | $94,866 ($866 out of the $94,866) | Check | Open | |
| | | | | | PL000946 | $57,532 ($4,609 out of the $57,532) | Check | Open | |
| | | | | | PL000943 | $71,677 | Check | Closed (Entire Payment Was Used for This Coin) | |
| | | | | | PL000945 | $57,848 | Check | Closed (Entire Payment Was Used for This Coin) | |
| PL000510 | 12 | 1922-s | 61 | $140,000 | PL000941 | $94,866 ($69K out of $94,866) | Check | Closed | |
| | | | | | PL000942 | $71,000 | Check | Closed (Entire Payment Was Used for This Coin) | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PL000510 | 16 | 1965 | 60 | $50,000 | PL003518 | $500,000 ($50K of the $500,000) | Check | Open | |
| PL000510 | 22 | 1879 | 64 | $140,000 | PL003518 | $500,000 ($140K of the $500,000) | Check | Open | |
| PL000510 | 26 | 1879 | 65 | $195,000 | PL003518 | $500,000 ($195K of the $500,000) | Check | Open | |
| PL000510 | 4 | 1747 | 65 | $110,000 | PL003518 | $500,000 ($110K of the $500,000) | Check | Open | PL511 lists date as 1748, a typo corrected on later statement |
| PL000510 | 14 | 1978 | 62 | $5,000 | PL003518 | $500,000 ($5K of the $500,000) | Check | Closed | |
| PL000510 | 23 | 1879 | 64 | $135,000 | PL000816 | $330,000 ($135,000 of the $330,000). | Cash | Open | This cash entry appears on PL816, 4th line from bottom, listed as Dec. 375 - 45 |
| PL000510 | 27 | 1879 | 65 | $195,000 | PL000816 | $330,000 ($195,000 of the $330,000). | Cash | Closed | See above |
| PL000510 | 1 | 1879 | 66 | $375,000 | PL000817 | $229,000 | Cash | Closed (Entire Payment Was Used for This Coin) | |
| | | | | | PL000938 | $88,000 | Check | Closed (Entire Payment Was Used for This Coin) | |
| | | | | | PL000940 | $63,000 ($58K of the $63,000) | Check | Open | |
| PL000510 | 13 | 1972 | 62 | $5,000 | PL000940 | $63,000 ($5K of the $63,000) | Check | Closed | |
| PL000510 | 5 | 1895 | 67 | $150,000 | PL000944 | $72,400 | Check | Closed (Entire Payment Was Used for This Coin) | |
| | | | | | PL003517 | $77,600 | Check | Closed (Entire Payment Was Used for This Coin) | |
| **Total Paid, Statement #3:** | | | | **$2,585,000** | | | | | |
| **Balance Forwarded to Next Statement: $52,923 of the $57,532 check on PL000946** | | | | | | | | | |

| Coins Listed on Coin Statement #4 (PL000514-515) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Coin Information** | | | | | **Payment Information** | | | | |
| Bates# on Statement | Line# on Statemt | Minting Date of Coin | Grade of Coin | Price Paid for Coin | Bates # Listing the Payment | Amount of the Payment from Which the Coin was Bought | Form of Payment | Whether Coin's Purchase Left Open or Closed the Balance from the Payment | Comments |
| PL000514 | 20 | 1794 | 20 | $250,000 | PL000946 | $57,532 ($52,923 of the $57,532 check) | Check | Closed | |
| | | | | | PL000948 | $104,517 | Check | Closed (Entire Payment Was Used for This Coin) | |
| | | | | | PL000947 | $42,560 | Check | Closed (Entire Payment Was Used for This Coin) | |
| | | | | | PL000622 | $350,000 ($50K of the $350K wire) | Wire | Open | |
| PL000515 | 6 | 1853 | 63 | $110,000 | PL000622 | $350,000 | Wire | Open | |
| PL000515 | 7 | 1918/7 | 62 | $110,000 | PL000622 | $350,000 | Wire | Open | |
| PL000515 | 8 | 1965 | 62 | $110,000 | PL000622 | $350,000 ($80K of the $350K wire) | Wire | Closed | |
| | | | | | PL000607 | $190,000 ($30K of the $190K wire) | Wire | Open | |
| PL000515 | 9 | 1965 | 62 | $110,000 | PL000607 | $190,000 | Wire | Open | |
| PL000515 | 10 | 1980 | 64 | $250,000 | PL000607 | $190,000 ($50K of the $190K wire) | Wire | Closed | |
| | | | | | PL000607 | $200,000 | Wire | Closed (Entire Payment Was Used for This Coin) | |
| PL000515 | 5 | 1880 | 64 | $450,000 | PL000949 | $200,000 | Check | Closed (Entire Payment Was Used for This Coin) | |
| | | | | | PL000950 | $50,000 | Check | Closed (Entire Payment Was Used for This Coin) | |
| | | | | | PL000817 (entry 5-19-03) | $100,000 | Cash | Closed (Entire Payment Was Used for This Coin) | |
| | | | | | PL000510 (line 20) | $100,000 | Trade of $4 Stella MS63 (worth $100K) | Closed (Entire Payment Was Used for This Coin) | |
| PL000515 | 4 | 1915 | 65 | $150,000 | PL000643 | $500,000 | Wire | Open | |
| **Total Paid, Statement #4:** | | | | **$1,540,000** | | | | | |
| **Balance Forwarded to Next Statement: $350,000 on PL000643** | | | | | | | | | |

<u>Marini v. Adamo: List of Plaintiffs' Payments, By Coin</u>   (Pg. 6/13)

| Coins Listed on Coin Statement #5 (PL000516-517) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Coin Information | | | | | Payment Information | | | | |
| Bates# on Statement | Line# on Statement | Minting Date of Coin | Grade of Coin | Price Paid for Coin | Bates # Listing the Payment | Amount of the Payment from Which the Coin was Bought | Form of Payment | Whether Coin's Purchase Left Open or Closed the Balance from the Payment | Comments |
| PL000516 | 16 | 1889 | 63 | $110,000 | PL000643 | $500,000 ($110K of the $500K) | Wire | Open | |
| PL000516 | 17 | 878-1935 T- | 62 | $110,000 | PL000643 | $500,000 ($110K of the $500K) | Wire | Open | |
| PL000516 | 18 | 1921 | 62 | $110,000 | PL000643 | $500,000 ($110K of the $500K) | Wire | Open | |
| PL000516 | 28 | 1854D | 58 | $270,000 | PL000643 | $500,000 ($20K of the $500K) | Wire | Closed | |
| | | | | | PL000646 | $750,000 ($250K from $750K wire) | Wire | Open | |
| PL000516 | 6 | 1956 | 58 | $150,000 | PL000646 | $750,000 | Wire | Open | |
| PL000516 | 1 | 1793 | 35 | $150,000 | PL000646 | $750,000 | Wire | Open | |
| PL000516 | 9 | 1943 | 63 | $150,000 | PL000646 | $750,000 | Wire | Open | |
| PL000516 | 2 | 1799/8 | 12 | $150,000 | PL000646 | $750,000 ($50K from the $750K) | Wire | Closed | |
| | | | | | | $450,000 ($100K from the $450K) | Wire | Open | |
| PL000516 | 5 | 1952-s | 45 | $150,000 | PL000646 | $450,000 | Wire | Open | |
| PL000517 | 19 | 1915 | 66 | $550,000 | PL000646 | $450,000 ($200K from $450K wire) | Wire | Closed | |
| | | | | | PL000652 | $800,000 ($350K from $800K wire) | Wire | Open | |
| Total Paid, Statement #5: | | | | $1,900,000 | | | | | |
| Balance Forwarded to Next Statement: $450,000 on PL000652 | | | | | | | | | |

| Coins Listed on Coin Statement #6 (PL000518-527) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Coin Information | | | | | Payment Information | | | | |
| Bates# on Statement | Line# on Statemt | Minting Date of Coin | Grade of Coin | Price Paid for Coin | Bates # Listing the Payment | Amount of the Payment from Which the Coin was Bought | Form of Payment | Whether Coin's Purchase Left Open or Closed the Balance from the Payment | Comments |
| PL000521 | 10 | 1973 | 65 | $150,000 | PL000652 | $800,000 ($150K of the $800K) | Wire | Open | |
| PL000525 | 5 | 1962 | 58 | $150,000 | PL000652 | $800,000 ($150K of the $800K) | Wire | Open | |
| PL000525 | 4 | 1956 | 64 | $150,000 | PL000652 | $800,000 ($150K of the $800K) | Wire | Closed | |
| PL000527 | 3 | 1909 | 65 | $100,000 | PL000613 | $500,000 ($100K of the $500K) | Wire | Open | |
| PL000520 | 4 | 1888 | 61 | $100,000 | PL000613 | $500,000 ($100K of the $500K) | Wire | Open | |
| PL000518 | 5 | 1879 | 64 | $200,000 | PL000613 | $500,000 ($200K of the $500K) | Wire | Open | |
| PL000523 | 2 | 1796 | 45 | $150,000 | PL000613 | $500,000 ($100K of the $500K) | Wire | Closed | |
| | | | | | PL000627 | $50,000 | Wire | Closed (Entire Payment Was Used for This Coin) | |
| PL000521 | 11 | 1798 | 58 | $110,000 | PL000614 | $110,000 | Wire | Closed (Entire Payment Was Used for This Coin) | |
| PL000523 | 7 | 1794 | 35 | $600,000 | PL000818 | $1,416,000 ($600K of the $1.416m) | Cash | Open | |
| PL000521 | 9 | 1893 | 63 | $600,000 | PL000818 | $1,416,000 ($600K of the $1.416m) | Cash | Open | |
| PL000518 | 6 | 1879 | 65 | $200,000 | PL000818 | $1,416,000 ($200K of the $1.416m) | Cash | Closed (Remaining $16K was used for other purchases from Adamo) | |
| PL000518 | 12 | 1879 | 66 | $590,000 | PL000628 | $250,000 | Wire | Closed (Entire Payment Was Used for This Coin) | |
| | | | | | PL000631 | $290,000 | Wire | Closed (Entire Payment Was Used for This Coin) | |
| | | | | | PL000629 | $150,000 ($50K of the $150,000) | Wire | Open | |
| Total Paid, Statement #6: | | | | $3,100,000 | | | | | |
| Balance Forwarded to Next Statement: $100,000 on PL000629 | | | | | | | | | |

| Coins Listed on Coin Statement #7 (Statement PL000527-01 to PL000527-09) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Coin Information | | | | | Payment Information | | | | Comments |
| Bates# on Statement | Line# on Statemt | Minting Date of Coin | Grade of Coin | Price Paid for Coin | Bates # Listing the Payment | Amount of the Payment from Which the Coin was Bought | Form of Payment | Whether Coin's Purchase Left Open or Closed the Balance from the Payment | |
| PL000527-02 | 12 | 1921 | 65 | $100,000 | PL000629 | $150,000 ($100K of the $150K) | Wire | Closed | PL527-02 lists TK, a typo corrected on PL570 |
| PL000527-02 | 2 | 1856 | 65 | $100,000 | PL000616 | $100,000 | Wire | Closed (Entire Payment Was Used for This Coin) | |
| PL000527-05 | 8 | 1870cc | 25 | $200,000 | PL000656 | $200,000 | Wire | Closed (Entire Payment Was Used for This Coin) | |
| PL000527-02 | 5 | 1916 | 66 | $200,000 | PL000518 | Trade of $4 Stella PR65 ($200K of the $300K value) | Coin Trade | Open | Price corrected on PL530-11 |
| PL000527-02 | 1 | 1793 | 50 | $100,000 | PL000518 | Trade of $4 Stella PR65 ($100K of the $300K value) | Coin Trade | Closed | PL527-02 lists TK, a typo corrected on PL569 |
| Total Paid, Statement #7: | | | | $700,000 | | | | | |
| Balance Forwarded to Next Statement: None | | | | | | | | | |

| Coins Listed on Coin Statement #8 (Statement PL000528-536) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Coin Information | | | | | Payment Information | | | | Comments |
| Bates# on Statement | Line# on Statemt | Minting Date of Coin | Grade of Coin | Price Paid for Coin | Bates # Listing the Payment | Amount of the Payment from Which the Coin was Bought | Form of Payment | Whether Coin's Purchase Left Open or Closed the Balance from the Payment | |
| PL000530 | 14 | 1908-1929 | 64 | $575,000 | DEF000747 | $175,000 | Wire | Closed (Entire Payment Was Used for This Coin) | |
| | | | | | PL000666 | $200,000 | Wire | Closed (Entire Payment Was Used for This Coin) | |
| | | | | | PL000662 | $200,000 | Wire | Closed (Entire Payment Was Used for This Coin) | |
| PL000530 | 3 | 1802 | 50 | $700,000 | PL000671 | $200,000 | Wire | Closed (Entire Payment Was Used for This Coin) | |
| | | | | | PL000536-01 Line 1 (Trade $4 Stella PR64 $250,000) | $250,000 | Trade | Closed (Entire Trade Was Used for This Coin) | |
| | | | | | PL000636 | $250,000 | Wire | Closed (Entire Payment Was Used for This Coin) | |
| Total Paid, Statement #8: | | | | $1,275,000 | | | | | |
| Balance Forwarded to Next Statement: None | | | | | | | | | |

**Marini v. Adamo: List of Plaintiffs' Payments, By Coin**                    (Pg. 10/13)

| Coins Listed on Coin Statement #9 (Statement PL000536-01 to PL000536-09) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Coin Information | | | | | Payment Information | | | | Comments |
| Bates# on Statement | Line# on Statemt | Minting Date of Coin | Grade of Coin | Price Paid for Coin | Bates # Listing the Payment | Amount of the Payment from Which the Coin was Bought | Form of Payment | Whether Coin's Purchase Left Open or Closed the Balance from the Payment | |
| PL000536-08 | 14 | 1937 | 65 | $75,000 | Check | $75,000 | Check (from Jay Yakow) | Closed | Typo on PL536-08; corrected on DEF418, line 65 |
| Total Paid, Statement #9: | | | | $75,000 | | | | | |
| Balance Forwarded to Next Statement: None | | | | | | | | | |

<u>**Marini v. Adamo: List of Plaintiffs' Payments, By Coin**</u>   (Pg. 11/13)

| Coins Listed on Coin Statement #10 (Statement PL000536-10 to PL000536-17) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Coin Information** | | | | | **Payment Information** | | | | |
| **Bates# on Statement** | **Line# on Statemt** | **Minting Date of Coin** | **Grade of Coin** | **Price Paid for Coin** | **Bates # Listing the Payment** | **Amount of the Payment from Which the Coin was Bought** | **Form of Payment** | **Whether Coin's Purchase Left Open or Closed the Balance from the Payment** | **Comments** |
| PL000536-14 | 2 | 1793 | 10 | $50,000 | PL000536-09 Line 8 | Trade of 1870cc ($50K of the $200K value) | Coin Trade | Open | |
| PL000536-14 | 3 | 1793 | 10 | $50,000 | PL000536-09 Line 8 | Trade of 1870cc ($50K of the $200K value) | Coin Trade | Open | |
| PL000536-14 | 4 | 1793 | 25 | $100,000 | PL000536-09 Line 8 | Trade of 1870cc ($100K of the $200K value) | Coin Trade | Closed | |
| **Total Paid, Statement #10:** | | | | **$200,000** | | | | | |
| **Balance Forwarded to Next Statement: None** | | | | | | | | | |

<u>**Marini v. Adamo: List of Plaintiffs' Payments, By Coin**</u>          (Pg. 12/13)

| Coins Listed on Coin Statement #11 (Statement PL000537 to PL000545) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Coin Information | | | | | Payment Information | | | | |
| Bates# on Statement | Line# on Statemt | Minting Date of Coin | Grade of Coin | Price Paid for Coin | Bates # Listing the Payment | Amount of the Payment from Which the Coin was Bought | Form of Payment | Whether Coin's Purchase Left Open or Closed the Balance from the Payment | Comments |
| PL000537 | 11 | 1880 | 61 | $1,000,000 | PL000682 | $1,191,404.39 ($1M of the $1,191,404.39) | Check | Open | |
| PL000538 | 5 | 1796 | 25 | $70,000 | PL000682 | $1,191,404.39 ($70K of the $1,191,404.39) | Check | Open | |
| PL000539 | 4 | 1883-1912 | 65/66 | $70,000 | PL000682 | $1,191,404.39 ($70K of the $1,191,404.39) | Check | Open | |
| PL000541 | 5 | 1794 | 8 | $60,000 | PL000682 | $1,191,404.39 ($51K of the $1,191,404.39) | Check | Closed | |
| | | | | | PL000641 | $397,000 ($9,000 of the $397,000) | Check | Open | |
| PL000537 | 2 | 1879 | 64 | $250,000 | PL000641 | $397,000 | Check | Open | |
| PL000544 | 8 | 1878 | 63 | $350,000 | PL000641 $138,000 C | $397,000 ($138,000 of the $397,000) | Check | Closed | |
| | | | | | PL000675 | $315,000 ($212,000 of the $315,000) | Check (from Gigliola Marini) | Open | |
| Total Paid, Statement #11: | | | | $1,800,000 | | | | | |
| Balance Forwarded to Next Statement: $103,000 on PL000675 | | | | | | | | | |

**Marini v. Adamo: List of Plaintiffs' Payments, By Coin** (Pg. 13/13)

| Coins Listed on Coin Statement #12 (Statement PL000555 to PL000563) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Coin Information** | | | | | **Payment Information** | | | | |
| **Bates# on Statement** | **Line# on Statemt** | **Minting Date of Coin** | **Grade of Coin** | **Price Paid for Coin** | **Bates # Listing the Payment** | **Amount of the Payment from Which the Coin was Bought** | **Form of Payment** | **Whether Coin's Purchase Left Open or Closed the Balance from the Payment** | **Comments** |
| PL000562 | 8 | 1933 | 65 | $830,000 | No document | $415,000 | Check (from Gigliola Marini) | Closed (Entire Payment Was Used for This Coin) | |
| | | | | | PL000644 | $415,000 | Wire | Closed (Entire Payment Was Used for This Coin) | |
| PL000562 | 9 | 1907 | 65 | $550,000 | PL000645 | $550,000 | Wire | Closed (Entire Payment Was Used for This Coin) | |
| PL000562 | 10 | 1921 | 63 | $550,000 | PL000674 | $300,000 | Wire | Closed (Entire Payment Was Used for This Coin) | |
| | | | | | No document | $250,000 - 3 Stella PR64 Repurchase ($900K total) | Stella repurchase | Closed (remaining balance of the $900K repurchase was money to Plaintiffs) | |
| **Total Paid, Statement #12:** | | | | **$1,930,000** | | | | | |
| **Final Remaining Balance: $103,000 on PL000675** | | | | | | | | | |